**IN RE N.B.**

[359 N.C. 627 (2005)]

IN THE MATTER OF N.B.

No. 168A04

(Filed 1 July 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 163 N.C. App. 182, 592 S.E.2d 597 (2004), dismissing an appeal from an adjudication judgment and dispositional order entered 17 October 2002 by Judge Marvin P. Pope, Jr. in District Court, Buncombe County. Heard in the Supreme Court 9 February 2005.

*Renae S. Alt for petitioner-appellee Buncombe County Department of Social Services.*

*Susan P. Hall for respondent-appellant father.*

*Judy N. Rudolph for appellee Guardian ad Litem.*

PER CURIAM.

Pursuant to this Court's decision in *In re R.T.W.*, —— N.C. ——, —— S.E.2d —— (July 1, 2005) (No. 417PA04), the decision of the Court of Appeals is affirmed.

AFFIRMED.